**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: CERNER/ORACLE DATA BREACH LITIGATION. )
)

DONNA WINSLOW, )
)
Plaintiff, )
v. ) No. 25-00591-CV-W-BP
)
CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,* )
)
Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 4th day of December, Notices of Voluntary Dismissal of Plaintiff Donna Winslow was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on January 12, 2026, (Doc. 147), Donna Winslow's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: January 12, 2026